IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| | : | VIOLATION: |
| v. | : | 18 U.S.C. § 371 (Conspiracy) |
| | : | |
| | : | |
| JESUS MORAN LANDAVERDE, | : | |
| | : | |
| Defendant. | : | |

**INFORMATION**

The United States informs the Court that:

**COUNT ONE**

At all times material to this information:

**The Conspiracy**

1.  Sometime between on or about March 2007 through June 2007, within the District of Columbia and elsewhere, the defendant and the co-conspirators did unlawfully, willfully, and knowingly combine, conspire, confederate, and agree with each other to commit offenses against the United States, that is:

    a.  bank fraud, accomplished by their knowingly executing, or attempting to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, or under the custody or control of, a financial institution by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344; and

    b.  uttering securities of an organization, accomplished by their making, uttering, and possessing a counterfeited security of a State or a political subdivision thereof or of an

organization, or by their making, uttering, and possessing a forged security of a State or political subdivision thereof or of an organization, with intent to deceive another person, organization, or government, in violation of Title 18, United States Code, Section 513.

## The Goal of the Conspiracy

2.      It was the goal of the conspiracy that the defendant JESUS MORAN LANDAVERDE and the co-conspirators would unjustly enrich themselves by obtaining genuine checks, forging the genuine checks, and presenting the forged checks by and through the defendant JESUS MORAN LANDAVERDE at the Bank of America to obtain the money of others.

## Manner and Means

3.      It was a part of the conspiracy that the conspirators would by deceit and dishonest means, obtain and appropriate home equity checks owned by Chevy Chase Bank to fraudulently present and deposit the checks into the bank account of one of the conspirators to unjustly enrich themselves.

4.      It was a part of the conspiracy that the co-conspirators recruited the defendant JESUS MORAN LANDAVERDE to deposit two forged checks drawn on the complainant's Chevy Chase Bank into the defendant's Bank of America account.

5.      It was a part of the conspiracy that the defendant would keep a portion of the proceeds from the checks as payment for cashing the two checks, and would give the remaining proceeds from the checks to one of the co-conspirators.

**Overt Acts**

6. In furtherance of the conspiracy and to effect the objects thereof, the defendant JESUS MORAN LANDAVERDE and the co-conspirators committed the following overt acts, among others, within the District of Columbia and elsewhere.

7. Between in or around March 2007 through June 2007, the co-conspirator used her prior status as a former tenant of 516 Buchanan Street, NW, returned to 516 Buchanan Street, NW, Washington, DC and removed from the mailbox a set of genuine checks owned by Chevy Chase Bank.

8. One of the co-conspirators gave to the defendant JESUS MORAN LANDAVERDE two of the Chevy Chase Bank checks that had been forged without the knowledge or authorization of Chevy Chase Bank and the complainant, at the behest of the co-conspirator, with whom he agreed to work to carry out the scheme to defraud a financial institution.

9. The defendant JESUS MORAN LANDAVERDE agreed to deposit the two large forged checks drawn on the complainant's Chevy Chase Bank into the defendant's Bank of America account.

10. The co-conspirators agreed that the defendant JESUS MORAN LANDAVERDE would keep a portion of the proceeds from the two checks in exchange for cashing the two checks.

11. On or about June 5, 2007, the defendant JESUS MORAN LANDAVERDE knowingly deposited into his account at the Bank of America in the Mount Vernon Square area

in the District of Columbia, a check containing the forged signature made out in his name for "cixtin tauson" dollars ($16,000) drawn on Chevy Chase Bank in the name of the complainant. The defendant JESUS MORAN LANDAVERDE kept a portion of the proceeds and gave the remaining money to one of the co-conspirators.

12.   On or about June 13, 2007, the defendant JESUS MORAN LANDAVERDE deposited into his account at the Bank of America in the Mount Vernon Square area in the District of Columbia, a check containing the forged signature made out in his name for "tueni toyson" dollars ($20,000) drawn on Chevy Chase Bank in the name of the complainant.

13.   The co-conspirator paid the defendant JESUS MORAN LANDAVERDE for depositing the two forged checks by permitting him to keep a portion of the proceeds from the check he deposited on June 5, 2007, in the amount of $16,000.

14. The defendant JESUS MORAN LANDAVERDE gave the remaining proceeds from the checks to one of the co-conspirators.

**(Conspiracy, in violation of Title 18, United States Code, Section 371)**

                        RESPECTFULLY SUBMITTED,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY
                        D.C. Bar Number: 498-610

By:       _____/S/_____
                        Karla-Dee Clark
                        D.C. Bar No. 435-782
                        Federal Major Crimes Section
                        555 Fourth Street, NW, Room 4846
                        Washington, D.C. 20530
                        (202) 305-1368
                        Karla-Dee.Clark@usdoj.gov